**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 16, 2018.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-18-00481-CV

---

**SOUTH TEXAS INNOVATIONS, LLC D/B/A S.T.I., LLC AND STI, LLC, Appellant**

**V.**

**TITAN FORMWORK SYSTEM, LLC, Appellee**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-23098**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from an order signed June 7, 2018. On August 8, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Busby.